**89-30.** Garfield Hts. v. Asad. *Cuyahoga County,* No. 54615. On motion for rehearing. Rehearing denied.

Moyer, C.J., dissents.

**89-34.** State v. Ogg. *Champaign County,* No. 87-CA-5. On motion for rehearing. Rehearing granted.

Holmes and H. Brown, JJ., dissent.

On motion for leave to appeal. Motion allowed.

Holmes and H. Brown, JJ., dissent.